EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 8 2004

at 9 o'clock and 52 min A M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00172 SOM |
| ) Plaintiff, ) | INDICTMENT |
| ) vs. ) | [21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(B); 18. |
| ) STEVEN M. TONGA, JR., ) | U.S.C §922(g)(1); 18 U.S.C. §922(g)(3); 18 U.S.C. |
| ) Defendant. ) ) | §924(a)(2)] |

**INDICTMENT**

COUNT 1

[21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(B)]

The Grand Jury charges:

On or about December 31, 2003, in the District of Hawaii, defendant, STEVEN M. TONGA, JR., knowingly possessed with the intent to distribute five (5) grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 2

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)]

The Grand Jury further charges:

On or about December 31, 2003, in the District of Hawaii, defendant, STEVEN M. TONGA, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, firearms, to wit: a .357 magnum Smith and Wesson revolver bearing serial number CCV4 642 and a Hi-Standard .22 caliber revolver bearing serial number 971145.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)]

The Grand Jury further charges:

On or about December 31, 2003, in the District of Hawaii, defendant, STEVEN M. TONGA, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, ammunition, to wit: five rounds of a .357 Winchester ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 4

[18 U.S.C. §922(g)(3); 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about December 31, 2003, in the District of Hawaii, defendant, STEVEN M. TONGA, JR., then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, knowingly possessed in and affecting commerce firearms, to wit: a .357 magnum Smith and Wesson revolver bearing serial number CCV4 642 and a Hi-Standard .22 caliber revolver bearing serial number 971145.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### COUNT 5

[18 U.S.C. §922(g)(3); 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about December 31, 2003, in the District of Hawaii, defendant, STEVEN M. TONGA, JR., then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, knowingly possessed in and affecting commerce ammunition, to wit, five rounds of Winchester .357 ammunition.

//
//

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: _April 28_, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

United States v. Steven M. Tonga, Jr.
Cr. No._____
"Indictment"